UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUFUS HENRY (#74334)

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

NO. 09-980-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 11, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint will be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (iii).

Baton Rouge, Louisiana, February  /0  , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA